

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00204-CR

CHRISTOPHER JAMES WILLIAMSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2024-C-155

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

A bench trial led to Christopher James Williamson's conviction for possession of child pornography and sentence of seventy-five years' imprisonment. *See* TEX. PENAL CODE ANN. § 43.26(d)(2)(B)(ii) (Supp.). On appeal, Williamson argues that the trial court abused its discretion by admitting a search warrant, a supporting affidavit, and a telephone company's records over his hearsay objections.[1]

We addressed Williamson's arguments in detail in his companion cause number 06-24-00201-CR. For the same reasons stated there, we find that the trial court did not abuse its discretion by admitting the evidence in this cause. As a result, we affirm the trial court's judgment.

Charles van Cleef
Justice

Date Submitted:     May 21, 2025
Date Decided:       May 22, 2025

Do Not Publish

---

[1]In companion cause numbers 06-24-00201-CR through 06-24-00203-CR and 06-24-00205-CR through 06-24-00210-CR, Williamson appeals from nine other convictions for possession of child pornography.

2